IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADARYLL RYAN WEAVER, | No. 2:15-CV-1427-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| UNKNOWN, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 22, 2015, the court dismissed petitioner's petition and directed petitioner to file an amended petition within 30 days. Specifically, petitioner was directed to name the proper respondent. Petitioner was warned that failure to comply may result in dismissal of this action. See Local Rule 110. To date, petitioner has not complied. While petitioner filed an amended petition on August 10, 2015, the amended petition continues to name as respondent an individual over whom this court lacks jurisdiction.

///

///

///

1

      Petitioner shall show cause in writing, within 30 days of the date of this order, why this action should not be dismissed for failure to file an amended petition naming the proper respondent. Petitioner is again warned that failure to respond to this order may result in dismissal of the action for the reasons outlined above, as well as for failure to prosecute and comply with court rules and orders. See id.

      IT IS SO ORDERED.

DATED: February 19, 2016

                                                  */s/ Craig M. Kellison*
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE